to the Supreme Court of the State of Missouri. December 14, 1905. Dismissed with costs, per stipulation. *Mr. W. C. Scarritt* for plaintiff in error. *Mr. George Robertson* for defendant in error.

---

No. 190. WABASH RAILROAD COMPANY, PLAINTIFF IN ERROR, *v.* BERNARD LOEB. In error to the Kansas City Court of Appeals of the State of Missouri. December 18, 1905. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Wells H. Blodgett* for plaintiff in error. *Mr. John Cosgrove* for defendant in error.

---

No. 130. THOMAS S. ELLIS, APPELLANT, *v.* WILLIAM WILLIAMS, COMMISSIONER OF IMMIGRATION. Appeal from the Circuit Court of the United States for the Southern District of New York. January 2, 1906. Dismissed, per stipulation, on motion of *The Solicitor General* for the appellee. *Mr. F. K. Pendleton* for appellant. *The Attorney General* for appellee.

---

No. 122. MUTUAL RESERVE LIFE INSURANCE COMPANY, PLAINTIFF IN ERROR, *v.* GEORGE W. WOODWARD. In error to the Supreme Court of the State of New York. January 8, 1906. Dismissed, per stipulation. *Mr. Gordon T. Hughes* for plaintiff in error. *Mr. Rollin M. Morgan* for defendant in error.

---

No. 542. GIUSSEPPE MARMO, APPELLANT, *v.* FRANK H. SOMMER, SHERIFF, ETC. Appeal from the Circuit Court of the United States for the District of New Jersey. January 15, 1906. Dismissed with costs, on motion of counsel for the appellant. *Mr. Elvin W. Crane* for appellant. No appearance for appellee.